COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Fadia Janzarli v. Barcelona Holdings dba Barcelona Apartments |
| Appellate case number: | 01-17-00557-CV |
| Trial court case number: | 1093195 |
| Trial court: | County Civil Court at Law No. 3 of Harris County |

Appellant, Fadia Janzarli, has filed a notice of appeal of the trial court's final judgment signed on July 11, 2017 in a forcible detainer proceeding. *See* TEX. R. APP. P. 25.1, 26.1. The appellate record was due in this Court on September 11, 2017. *See* TEX. R. APP. P. 35.1. A clerk's record was filed on July 19, 2017; however, a reporter's record has not been filed in this appeal.

The Clerk of this Court has twice notified appellant that the court reporter responsible for preparing the reporter's record had informed the Court that appellant had not requested a reporter's record or paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). In the December 14, 2017 notice, the Clerk notified appellant that unless appellant provided written evidence that she had paid, or made arrangements to pay, for the reporter's record, or provided proof that she is entitled to proceed without payment of costs by January 16, 2018, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant has not responded.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). **Appellant's brief is due to be filed no later than 30 days from the date of this order.** TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings

    ☑ Acting individually    ☐ Acting for the Court

Date: February 8, 2018